01
02
03
04
05
06
07
08

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

09 | UNITED STATES OF AMERICA,                )    CASE NO.: 05-228M
                                              )
10 |          Plaintiff,                       )
                                              )
11 |     v.                                    )    DETENTION ORDER
                                              )
12 | WEI PING LI,                              )
                                              )
13 |          Defendant.                       )
   | _____ )

14

15  Offense charged:

16          Unlawful Importation of Ecstasy; Unlawful Importation of Cocaine; Unlawful Possession

17  of Ephedrine

18  Date of Detention Hearing:    May 13, 2005

19          The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

20  based upon the factual findings and statement of reasons for detention hereafter set forth, finds

21  that no condition or combination of conditions which defendant can meet will reasonably assure

22  the appearance of defendant as required and the safety of other persons and the community.

23              FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

24          (1)    Defendant was arrested at the U.S./Canadian border crossing in Blaine,

25  Washington, together with a co-defendant.  When the vehicle was searched, suspected controlled

26  substances, together with more than $10,000 in undeclared United States Currency on the person

DETENTION ORDER                                                                    15.13
18 U.S.C. § 3142(i)                                                             Rev. 1/91
PAGE 1

01  of the co-defendant, was allegedly found.  The defendant is charged with a drug offense that

02  carries in excess of ten years in prison.

03       (2)    The defendant has no ties to this District.  She is currently unemployed.  She

04  resides in California with her husband.  Both report that they do not have a good relationship, and

05  the husband has asked for a divorce in the past.  They maintain separate finances.  She has six

06  siblings living in China and has traveled, most recently in early 2005.  Her son is in the military and

07  resides in Japan.

08       (3)    The defendant poses a risk of danger based on the nature of the instant offense.

09  She poses a risk of nonappearance due to ties to China, lack of ties to this District, her lack of

10  current employment, and the strength of the evidence.

11       (4)    There does not appear to be any condition or combination of conditions that will

12  reasonably assure the defendant's appearance at future Court hearings while addressing the danger

13  to other persons or the community.

14  It is therefore ORDERED:

15       (1)    Defendant shall be detained pending trial and committed to the custody of the

16            Attorney General for confinement in a correction facility separate, to the extent

17            practicable, from persons awaiting or serving sentences or being held in custody

18            pending appeal;

19       (2)    Defendant shall be afforded reasonable opportunity for private consultation with

20            counsel;

21       (3)    On order of a court of the United States or on request of an attorney for the

22            Government, the person in charge of the corrections facility in which defendant is

23            confined shall deliver the defendant to a United States Marshal for the purpose of

24            an appearance in connection with a court proceeding; and

25  / / /

26  / / /

DETENTION ORDER                           15.13
18 U.S.C. § 3142(i)                           Rev. 1/91
PAGE 2

(4)     The clerk shall direct copies of this Order to counsel for the United States, to

counsel for the defendant, to the United States Marshal, and to the United States

Pretrial Services Officer.

DATED this 13th day of May, 2005.

Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER                                                                     15.13
18 U.S.C. § 3142(i)                                                                Rev. 1/91
PAGE 3