UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

WEI PING LI,

    Defendant.

CASE NO. CR05-0197C

ORDER

    Defendant Wei Ping Li having joined her co-defendant's motion to continue the trial date in this matter and the Court having reviewed the stipulated motion papers, the Court finds that a failure to grant the requested continuance as to Defendant Li would deny her reasonable time to obtain counsel and reasonable time for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(8)(B)(iv).  The Court also finds that the ends of justice will be served by continuing the trial date as to Defendant Li, and that a continuance is necessary to ensure effective trial preparation, and that these factors outweigh the best interests of the public in a more speedy trial, within the meaning of 18 U.S.C. § 3161(h)(8)(A).

    For these reasons, the Court hereby ORDERS that the trial date as to Defendant Li be continued from September 12, 2005, to December 5, 2005.  Pre-trial motions shall be due on September 19, 2005.

    SO ORDERED this <u>12th</u> day of August, 2005.

_____
UNITED STATES DISTRICT JUDGE

ORDER – 1